1  NINA F. LOCKER, State Bar No. 123838
   Email: nlocker@wsgr.com
2  STEVEN GUGGENHEIM, State Bar No. 201386
   Email: sguggenheim@wsgr.com
3  JONI OSTLER, State Bar No. 230009
   Email: jostler@wsgr.com
4  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
5  650 Page Mill Road
   Palo Alto, CA 94304-1050
6  Telephone:  (650) 493-9300
   Facsimile:   (650) 565-5100
7
   Attorneys for Defendants Juniper Networks, Inc.,
8  Scott Kriens, Pradeep Sindhu, Marcel Gani, Robert
   M. Calderoni, Kenneth Goldman, William R.
9  Hearst III, Stratton Sclavos, Vinod Khosla,
   Kenneth Levy and William R. Stensrud

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re JUNIPER NETWORKS, INC. SECURITIES LITIGATION | ) No. 5:06-cv-04327-JW )  )  ) |
| _____ | ) **STIPULATION AND [PROPOSED]** ) **ORDER CONSOLIDATING CASES** |
| This Document Relates To: | ) **FOR ALL PURPOSES** )  |
| All Action | )  )  ) |
| _____ | ) |
| MARILYN VARNADO, | ) No. 07-cv-03805-MJJ )  |
| Plaintiff, | )  ) |
| v. | )  ) |
| JUNIPER NETWORKS, INC., et al., | )  ) |
| Defendants. | )  )  )  ) |

STIP AND [PROPOSED] ORDER RE: CONSOLIDATION                                                3182623.2
CASE NOS. C-06-04327 JW, C-07-03805-MJJ

1   This Stipulation is entered into by and among Lead Plaintiff the New York City Pension Funds, plaintiff Marilyn Varnado, and defendants Juniper Networks, Inc., Scott Kriens, Pradeep Sindhu, Marcel Gani, Robert M. Calderoni, Kenneth Goldman, William R. Hearst III, Stratton Sclavos, Vinod Khosla, Kenneth Levy, and William R. Stensrud (the "Juniper Defendants"), by and through their respective attorneys of record.

WHEREAS, by Order dated November 20, 2006, the Court ordered the consolidation of *Garber v. Juniper Networks, Inc. et al.*, Case No. C-06-04327-JW, and *Peters v. Juniper Networks, Inc. et al.*, Case No. C-06-05303-JW, as *In re Juniper Networks, Inc. Securities Litigation*, Lead Case No. C-06-04327-JW, and appointed New York City Pension Funds Lead Plaintiff and Lowey Dannenberg Bemporad Selinger & Cohen, P.C. Lead Counsel;

WHEREAS, pursuant to the November 20, 2006 Order and subsequent Court orders, on April 9, 2007, the New York City Pension Funds filed an Amended Consolidated Class Action Complaint (the "Class Complaint") [Dkt. No. 73] which asserts claims for violations of the federal securities law on behalf of all who purchased or otherwise acquired Juniper securities from July 12, 2001 through August 10, 2006;

WHEREAS, on July 25, 2007, Marilyn Varnado filed another Class Action Complaint against Juniper Networks, Inc., Marcel Gani, William R. Hearst III, Scott Kriens, Stratton Sclavos, Pradeep Sindhu, and William R. Stensrud, in which Ms. Varnado also purports to assert claims under Sections 10(b) and 20(a) on behalf of all who purchased or otherwise acquired Juniper's securities between September 1, 2003 and May 22, 2006;

WHEREAS, the Class Complaint encompasses and supersedes all of the claims asserted in the *Varnado* complaint;

WHEREAS, counsel for Juniper Defendants has met and conferred with counsel for Ms. Varnado and Lead Counsel, and the parties are in agreement that Ms. Varnado's action should be consolidated into *In re Juniper Networks, Inc. Securities Litigation* for all purposes; and

WHEREAS, Ms. Varnado does not challenge the appointment of New York City Pension Funds as Lead Plaintiff or the appointment of Lowey Dannenberg Bemporad & Selinger, P.C. as Lead Counsel;

THEREFORE, the parties stipulate, and request the Court to order, as follows:

## CONSOLIDATION OF RELATED CASES

1. The following actions are related cases within the meaning of Civil Local Rule 3-12:

- *In re Juniper Networks, Inc Securities Litigation*, No. C-06-04327-JW
- *Varnado v. Juniper Networks, Inc., et al.*, No. C-07-03805-MJJ.

2. Pursuant to Federal Rule of Civil Procedure 42(a), *Varnado v. Juniper Networks, Inc., et al.*, No. C-07-03805-MJJ is hereby consolidated into *In re Juniper Networks, Inc. Securities Litigation*, Civil Action No. C-06-04327-JW for all proceedings before this Court.

3. Lead Plaintiff's Counsel shall have authority to speak for, and enter into agreements on behalf of, plaintiffs in all matters regarding pretrial procedures, discovery, and settlement negotiations. Lead Plaintiff's Counsel shall efficiently manage the prosecution of this litigation. Lead Plaintiff's Counsel shall be responsible for coordination of all activities and appearances on behalf of plaintiffs and for dissemination of notices and orders. Lead Plaintiff's Counsel shall be responsible for communications with the Court.

4. Defendants' counsel may rely upon agreements made with Lead Plaintiff's Counsel. Such agreements shall be binding on all plaintiffs.

5. Defendants are not required to respond to the *Varnado* complaint, which has been superseded by the Class Complaint.

Respectfully submitted,

Dated: September 4, 2007                                    WILSON SONSINI GOODRICH & ROSATI

By: _____/s/ Joni Ostler_____
      Joni Ostler

Attorneys for Defendants Juniper Networks, Inc., Scott Kriens, Pradeep Sindhu, Marcel Gani, Robert M. Calderoni, Kenneth Goldman, William R. Hearst III, Stratton Sclavos, Vinod Khosla, Kenneth Levy and William R. Stensrud

*I, Joni Ostler, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order of Consolidation. In compliance with General Order 45, X.B., I hereby attest that Reginald Terrell has concurred in this filing, and I have his manual signature on file.*

| | |
|---|---|
| Dated: September 4, 2007 | THE TERRELL LAW GROUP |
| | By: _____/s/ Reginald Terrell_____<br>            Reginald Terrell |
| | 223 25th Street<br>Richmond, California 94804<br>Telephone: (510) 237-9700<br>Facsimile: (510) 237-4616 |
| | Counsel for Plaintiff Marilyn Varnado |

*I, Joni Ostler, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order of Consolidation. In compliance with General Order 45, X.B., I hereby attest that David C. Harrison has concurred in this filing.*

| | |
|---|---|
| Dated: September 4, 2007 | LOWEY DANNENBERG BEMPORAD<br>SELINGER & COHEN, P.C.<br>NEIL L. SELINGER<br>RICHARD BEMPORAD<br>DAVID C. HARRISON |
| | By: _____/s/ David C. Harrison_____<br>            David C. Harrison |
| | *Lead Counsel for Lead Plaintiff* |
| | One North Broadway, 5th Floor<br>White Plains, NY 10601-2310<br>Telephone: (914) 733-7228<br>Facsimile: (914) 997-0035 |

\*    \*    \*

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____            _____
                                                                            James Ware
                                                                United States District Judge