1  NINA F. LOCKER, State Bar No. 123838
   Email: nlocker@wsgr.com
2  STEVEN GUGGENHEIM, State Bar No. 201386
   Email: sguggenheim@wsgr.com
3  JONI OSTLER, State Bar No. 230009
   Email: jostler@wsgr.com
4  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
5  650 Page Mill Road
   Palo Alto, CA 94304-1050
6  Telephone: (650) 493-9300
   Facsimile:  (650) 565-5100
7
   Attorneys for Defendants Juniper Networks, Inc.,
8  Scott Kriens, Pradeep Sindhu, Marcel Gani, Robert
   M. Calderoni, Kenneth Goldman, William R.
9  Hearst III, Stratton Sclavos, Vinod Khosla,
   Kenneth Levy and William R. Stensrud
10

11                  UNITED STATES DISTRICT COURT
12                 NORTHERN DISTRICT OF CALIFORNIA
13                        SAN JOSE DIVISION
14

15  In re JUNIPER NETWORKS, INC.        ) No. 5:06-cv-04327-JW
16  SECURITIES LITIGATION               )
                                        )
17                                      )
                                        )
18  _____ )  STIPULATION AND [PROPOSED]
                                        )  ORDER CONSOLIDATING CASES
19  This Document Relates To:           )  FOR ALL PURPOSES
                                        )
20  All Action                          )
                                        )
21  _____ )
22  MARILYN VARNADO,                    ) No. 07-cv-03805-MJJ
                                        )
23            Plaintiff,                )
                                        )
24       v.                             )
                                        )
25  JUNIPER NETWORKS, INC., et al.,     )
                                        )
26            Defendants.               )
                                        )
27                                      )
                                        )
28

STIP AND [PROPOSED] ORDER RE: CONSOLIDATION                    3182623.2
CASE NOS. C-06-04327 JW, C-07-03805-MJJ

1    This Stipulation is entered into by and among Lead Plaintiff the New York City Pension

2 Funds, plaintiff Marilyn Varnado, and defendants Juniper Networks, Inc., Scott Kriens, Pradeep

3 Sindhu, Marcel Gani, Robert M. Calderoni, Kenneth Goldman, William R. Hearst III, Stratton

4 Sclavos, Vinod Khosla, Kenneth Levy, and William R. Stensrud (the "Juniper Defendants"), by

5 and through their respective attorneys of record.

6    WHEREAS, by Order dated November 20, 2006, the Court ordered the consolidation of

7 *Garber v. Juniper Networks, Inc. et al.*, Case No. C-06-04327-JW, and *Peters v. Juniper*

8 *Networks, Inc. et al.*, Case No. C-06-05303-JW, as *In re Juniper Networks, Inc. Securities*

9 *Litigation*, Lead Case No. C-06-04327-JW, and appointed New York City Pension Funds Lead

10 Plaintiff and Lowey Dannenberg Bemporad Selinger & Cohen, P.C. Lead Counsel;

11    WHEREAS, pursuant to the November 20, 2006 Order and subsequent Court orders, on

12 April 9, 2007, the New York City Pension Funds filed an Amended Consolidated Class Action

13 Complaint (the "Class Complaint") [Dkt. No. 73] which asserts claims for violations of the

14 federal securities law on behalf of all who purchased or otherwise acquired Juniper securities

15 from July 12, 2001 through August 10, 2006;

16    WHEREAS, on July 25, 2007, Marilyn Varnado filed another Class Action Complaint

17 against Juniper Networks, Inc., Marcel Gani, William R. Hearst III, Scott Kriens, Stratton

18 Sclavos, Pradeep Sindhu, and William R. Stensrud, in which Ms. Varnado also purports to assert

19 claims under Sections 10(b) and 20(a) on behalf of all who purchased or otherwise acquired

20 Juniper's securities between September 1, 2003 and May 22, 2006;

21    WHEREAS, the Class Complaint encompasses and supersedes all of the claims asserted

22 in the *Varnado* complaint;

23    WHEREAS, counsel for Juniper Defendants has met and conferred with counsel for Ms.

24 Varnado and Lead Counsel, and the parties are in agreement that Ms. Varnado's action should be

25 consolidated into *In re Juniper Networks, Inc. Securities Litigation* for all purposes; and

26    WHEREAS, Ms. Varnado does not challenge the appointment of New York City Pension

27 Funds as Lead Plaintiff or the appointment of Lowey Dannenberg Bemporad & Selinger, P.C. as

28 Lead Counsel;

THEREFORE, the parties stipulate, and request the Court to order, as follows:

## **CONSOLIDATION OF RELATED CASES**

1.    The following actions are related cases within the meaning of Civil Local Rule 3-12:

- *In re Juniper Networks, Inc Securities Litigation*, No. C-06-04327-JW

- *Varnado v. Juniper Networks, Inc., et al.*, No. C-07-03805-MJJ.

2.    Pursuant to Federal Rule of Civil Procedure 42(a), *Varnado v. Juniper Networks, Inc., et al.*, No. C-07-03805-MJJ is hereby consolidated into *In re Juniper Networks, Inc. Securities Litigation*, Civil Action No. C-06-04327-JW for all proceedings before this Court.

3.    Lead Plaintiff's Counsel shall have authority to speak for, and enter into agreements on behalf of, plaintiffs in all matters regarding pretrial procedures, discovery, and settlement negotiations.  Lead Plaintiff's Counsel shall efficiently manage the prosecution of this litigation. Lead Plaintiff's Counsel shall be responsible for coordination of all activities and appearances on behalf of plaintiffs and for dissemination of notices and orders.  Lead Plaintiff's Counsel shall be responsible for communications with the Court.

4.    Defendants' counsel may rely upon agreements made with Lead Plaintiff's Counsel. Such agreements shall be binding on all plaintiffs.

5.    Defendants are not required to respond to the *Varnado* complaint, which has been superseded by the Class Complaint.

Respectfully submitted,

Dated:  September 4, 2007                    WILSON SONSINI GOODRICH & ROSATI

By: _____/s/ Joni Ostler_____
                    Joni Ostler

Attorneys for Defendants Juniper Networks, Inc., Scott Kriens, Pradeep Sindhu, Marcel Gani, Robert M. Calderoni, Kenneth Goldman, William R. Hearst III, Stratton Sclavos, Vinod Khosla, Kenneth Levy and William R. Stensrud

1         *I, Joni Ostler, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order of Consolidation.  In compliance with General Order 45, X.B., I hereby attest that Reginald Terrell has concurred in this filing, and I have his manual signature on file.*

2

3    Dated: September 4, 2007                    THE TERRELL LAW GROUP

4

5                                                By: _____/s/ Reginald Terrell_____
                                                    Reginald Terrell

6

7                                                223 25th Street
                                                 Richmond, California 94804
                                                 Telephone:  (510) 237-9700

8                                                Facsimile: (510) 237-4616

9                                                Counsel for Plaintiff Marilyn Varnado

10         *I, Joni Ostler, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order of Consolidation.  In compliance with General Order 45, X.B., I hereby attest that David C. Harrison has concurred in this filing.*

11

12    Dated: September 4, 2007                   LOWEY DANNENBERG BEMPORAD
                                                 SELINGER & COHEN, P.C.

13                                               NEIL L. SELINGER
                                                 RICHARD BEMPORAD

14                                               DAVID C. HARRISON

15

16                                               By: _____/s/ David C. Harrison_____
                                                     David C. Harrison

17                                               *Lead Counsel for Lead Plaintiff*

18

19                                               One North Broadway, 5th Floor
                                                 White Plains, NY 10601-2310

20                                               Telephone: (914) 733-7228
                                                 Facsimile: (914) 997-0035

21

22                                    *        *        *

23                                        **O R D E R**

24         PURSUANT TO STIPULATION, IT IS SO ORDERED.

25

26    DATED: ____September 28, 2007____          _____

27                                                      James Ware
                                                 United States District Judge

28

STIP AND [PROPOSED] ORDER RE: CONSOLIDATION
CASE NOS. C-06-04327 JW, C-07-03805-MJJ            -3-