**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN VARNADO, | No. C 07-03805 JW |
|     Plaintiff(s), | |
|     v. | CLERK'S NOTICE |
| JUNIPER NETWORKS INC, | |
|     Defendant(s). | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Case Management Conference previously set for 11/6/2007 has been VACATED due to the recent Related Case Order and Order Consolidating Case with C 06-0437 JW In re Juniper Networks Inc, Securities Litigation. All future filings should be made pursuant to the recent stipulated consolidation order.

Dated: September 28, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____/s/_____
    Elizabeth Garcia
    Courtroom Deputy